1  SEYFARTH SHAW LLP
   Mark S. Ross (SBN 064812)
2  Brian T. Ashe (SBN 139999)
   560 Mission Street, 31st Flr.
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  SEYFARTH SHAW LLP
   Mark P. Grajski (SBN 178050)
6  400 Capitol Mall, Suite 2350
   Sacramento, California 95814-4428
7  Telephone: (916) 448-0159
   Facsimile: (916) 558-4839
8
   Attorneys for Respondent
9  SUNRISE SANITATION SERVICES, INC.

10 David A. Rosenfeld (SBN 058163)
   Caren Sencer (SBN 233488)
11 WEINBERG, ROGER & ROSENFELD
   1001 Marina Village Parkway
12 Alameda, CA  94501
   Telephone: (510) 337-1001
13 Facsimile: (510) 337-1023

14 Attorneys for Petitioner
   GENERAL TEAMSTERS LOCAL 439
15

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GENERAL TEAMSTERS UNION LOCAL NO. 439, | Case No. 2:05-CV-1208 WBS JFM |
|---|---|
| Petitioner, | **STIPULATION AND ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO COMPEL ARBITRATION** |
| v. | |
| SUNRISE SANITATION SERVICES, INC. | |
| Respondent. | |

Petitioner General Teamsters Union Local No. 439 ("Local 439") and Respondent Sunrise Sanitation Services, Inc., ("Sunrise"), by and through their respective counsel, hereby stipulate as follows:

1. On January 23, 2006 Local 439 filed a Motion to Compel Arbitration. The hearing on the motion is presently set for February 23, 2006.

1

STIPULATION AND ORDER RE:  CONTINUANCE OF HEARING
SC1 17068492.1

PDF created with pdfFactory trial version www.pdffactory.com

2. Sunrise intends to file a cross-motion for summary judgment. In order to prepare its opposition to Local 439's motion to compel, and to support its cross-motion for summary judgment, Sunrise intends to depose a third party witness, Humberto Palacio, on February 8, 2006.

3. To allow Sunrise to complete its discovery, and also to allow Local 439 an opportunity to respond to Sunrise's cross-motion for summary judgment, the parties stipulate that the hearing on Local 439's pending Motion to Compel Arbitration be reset to March 23, 2006 or such later date as the Court may specify, and that Sunrise's cross-motion for summary judgment be heard concurrently. The parties stipulate that Sunrise's opposition to Local 439's Motion to Compel Arbitration, and its cross-motion for summary judgment be filed and personally served concurrently, on or before February 23, 2006.

DATED: January 30, 2006                         SEYFARTH SHAW LLP


By:   /s/ Mark P. Grajski
         Mark P. Grajski
Attorneys for Defendant
SUNRISE SANITATION SERVICES, INC.


DATED:  January 30, 2006                        WEINBERG, ROGER & ROSENFELD


By:   /s/ Caren Sencer
         Caren Sencer
Attorneys for Petitioner
GENERAL TEAMSTERS LOCAL 439

**ORDER**

The hearing on Petitioner's Motion to Compel Arbitration is hereby moved from February 23, 2006 to   March 24, 2006 at 10:00 am                         . Sunrise's cross motion for summary judgment shall also be heard on   March 24, 2006 at 10:00 a.m  . Sunrise shall file and personally

///

2
STIPULATION AND ORDER RE:  CONTINUANCE OF HEARING

PDF created with pdfFactory trial version www.pdffactory.com

1  ///

2  serve its opposition to Petitioner's Motion, and Sunrise shall file and personally serve its cross-

3  motion for summary judgment, concurrently on or before February 23, 2006.

5  DATED: January 31, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND ORDER RE: CONTINUANCE OF HEARING

SC1 17068492.1

PDF created with pdfFactory trial version www.pdffactory.com