1  DAVID A. ROSENFELD, Bar No. 058163
   CAREN P. SENCER, Bar No. 233488
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5

6  Attorneys for Petitioner
   Teamsters Local 439
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                           Sacramento Division

11 | General Teamsters Union Local No. 439,  ) No.   2:05-CV-01208-WBS-JFM
                                             )
12 |              Petitioner,                 ) **STIPULATION TO MODIFY**
                                             ) **BRIEFING SCHEDULE and**
13 |        v.                                ) **PROPOSED ORDER**
                                             )
14 | Sunrise Sanitation Services, Inc.,       )
                                             )
15 |              Respondent.                 ) The Honorable William B. Shubb
                                             )
16

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

STIPULATION

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff Teamsters Local 439 and Defendant Sunrise Sanitation Services, Inc. hereby stipulate, by and through counsel, to the following:

1. Plaintiff's Reply to Opposition to Plaintiff's Motion to Compel Arbitration and Plaintiff's Opposition to Defendant's Motion to Dismiss shall be combined in one brief.

2. Plaintiff's combined brief shall be filed no later than March 10, 2006.

3. Defendant's Reply to Opposition to Defendant's Motion to Dismiss shall be filed no later than March 17, 2006.

Dated:  February ___, 2006          WEINBERG, ROGER & ROSENFELD
                                     A Professional Corporation


                                     By:  /s/
                                          CAREN P. SENCER
                                          Attorneys for Petitioner
                                          Teamsters Local 439


Dated:  February ___, 2006          SEYFARTH SHAW LLP


                                     By:  /s/
                                          MARK P. GRAJSKI
                                          Attorneys for Defendant
                                          Sunrise Sanitation Services, Inc.


**IT IS SO ORDERED.**

Dated:  March 2, 2006

110263/412631

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

STIPULATION

PDF created with pdfFactory trial version www.pdffactory.com