UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GENERAL TEAMSTERS UNION LOCAL NO. 439,

    Petitioner,

  v.

SUNRISE SANITATION SERVICES, INC.,

    Respondent.

NO. CIV. S-05-1208 WBS JFM

ORDER RE: EVIDENTIARY OBJECTIONS

----oo0oo----

Before the court is petitioner's motion to compel arbitration and respondent's motion for summary judgment. On February 23, 2006, respondent filed twenty-seven objections to statements in the declarations of Pablo Barrera, Humberto Palacio, and Edward Speckman (submitted in support of petitioner's motion) and moved to strike the portions of these declarations to which it objected. Respondent's objections are made primarily on the grounds that the statements at issue constitute hearsay or inadmissable personal opinions of lay witnesses, or are vague and ambiguous, conclusory, lacking in

1

foundation, argumentative, speculative, and/or irrelevant.  To rule on petitioner's motion to compel arbitration and respondent's motion for summary judgment, the court must first decide these objections.  Accordingly, at the hearing currently set for March 24, 2006, at 10:00 a.m., the court will hear only the evidentiary objections.  The hearing on the motions to compel arbitration and for summary judgment will be rescheduled for a later date after the evidentiary objections have been resolved.

        IT IS SO ORDERED.

DATED: March 20, 2006

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE