1  SEYFARTH SHAW LLP
   Mark S. Ross (SBN 064812)
2  Brian T. Ashe (SBN 139999)
   560 Mission Street, 31st Flr.
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  SEYFARTH SHAW LLP
   Mark P. Grajski (SBN 178050)
6  400 Capitol Mall, Suite 2350
   Sacramento, California 95814-4428
7  Telephone: (916) 448-0159
   Facsimile: (916) 558-4839
8
   Attorneys for Respondent
9  SUNRISE SANITATION SERVICES, INC.

10 David A. Rosenfeld (SBN 058163)
   Caren P. Sencer (SBN 233488)
11 WEINBERG, ROGER & ROSENFELD
   1001 Marina Village Parkway
12 Alameda, CA  94501
   Telephone: (510) 337-1001
13 Facsimile: (510) 337-1023

14 Attorneys for Petitioner
   GENERAL TEAMSTERS LOCAL 439
15

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

| GENERAL TEAMSTERS UNION LOCAL NO. 439, | Case No. 2:05-CV-01208-WBS-JFM |
|---|---|
| Petitioner, | **STIPULATION AND ORDER RE: EVIDENTIARY OBJECTIONS** |
| v. | Date:       April 17, 2006 |
| SUNRISE SANITATION SERVICES, INC., | Time:       1:30 p.m.<br>Courtroom: 5 |
| Respondent. | Judge:      Hon. William B. Shubb |

Respondent Sunrise Sanitation Services, Inc.. ("Sunrise") and Petitioner General Teamsters Union Local No. 439 ("Local 439"), by and through their respective counsel, make the following stipulations regarding Sunrise's objections to the evidence offered by Local 439 in support of Local 439's motion to compel arbitration:

-1-
STIPULATION AND ORDER RE: EVIDENTIARY OBJECTIONS

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATIONS**

**A.    Objections To The Declaration of Pablo Barrera**

1. Withdrawn.

2. Withdrawn.

3. Withdrawn, with the understanding that Sunrise does not concede that the October 28, 2004 election comported with due process.

4. Local 439 may submit an amended declaration to attempt to overcome the asserted objections.

5. Local 439 may submit an amended declaration to attempt to overcome the asserted objections.

6. Withdrawn.

7. Withdrawn.

8. The statement, "With non-Union employers, I have never encountered a company that requires termination for involvement in a second minor accident" will be stricken from the declaration and will not be included in any amended declaration.

9. The phrase, "as required under the terms of the collective bargaining agreement" will be stricken from the declaration and will not be included in any amended declaration.

**B.    Objections To The Declaration Of Humberto Palacio**

1. Withdrawn.

2. Withdrawn.

3. Withdrawn, with the understanding that Sunrise does not concede that the October 28, 2004 election comported with due process.

4. Local 439 may submit an amended declaration to attempt to overcome the asserted objections.

5. Withdrawn.

6. Withdrawn.

7. Withdrawn.

8. Withdrawn.

PDF created with pdfFactory trial version www.pdffactory.com

9. Local 439 may submit an amended declaration to attempt to overcome the asserted objections.

10. The phrase, "as required under the terms of the collective bargaining agreement" will be stricken from the declaration and will not be included in any amended declaration.

**C.     Objections To The Declaration Of Edward Speckman**

1. Withdrawn, with the understanding that Sunrise does not concede that the October 28, 2004 election comported with due process.

2. Withdrawn.

3. Local 439 may submit an amended declaration to attempt to overcome the asserted objections.

4. Local 439 may submit an amended declaration to attempt to overcome the asserted objections.

5. Withdrawn.

6. Withdrawn.

7. The statement, "With non-Union employers, I have never encountered a company that requires termination for involvement in a second minor accident" will be stricken from the declaration and will not be included in any amended declaration.

8. The phrase, "as required under the terms of the collective bargaining agreement" will be stricken from the declaration and will not be included in any amended declaration.

DATED: March 27, 2006                                           SEYFARTH SHAW LLP


                                                                By: /s/ Mark P. Grajski
                                                                     Mark P. Grajski
                                                                Attorneys for Defendant
                                                                SUNRISE SANITATION SERVICES, INC.

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED:  March 27, 2006                              WEINBERG, ROGER & ROSENFELD

2

3                                                                          By:  /s/ Caren P. Sencer
                                                                                  Caren P. Sencer
4                                                                          Attorneys for Petitioner
                                                                               GENERAL TEAMSTERS LOCAL 439
5

6                                                      **ORDER**

7  IT IS SO ORDERED.

8  Dated:  March 28, 2006

9                                                                          _____
                                                                           WILLIAM B. SHUBB
10                                                                         UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com